PETER J. HOGAN, as Acting President of PHOTOGRAPHIC & CHEMICAL WORKERS UNION, LOCAL No. 22615, A. F. OF L., et al., Respondents, v. FRED WILLIAMS, Individually and as Acting President of PHOTOGRAPHIC WORKERS INDEPENDENT UNION OF BINGHAMTON, et al., Appellants.— Appeal from an order denying defendant-appellants' motion to dismiss the complaint in an action between rival labor unions, and for a final judgment in favor of defendants upon such dismissal. The motion is made under rules 106 and 107 of the Rules of Civil Practice. The litigation involved the right to a fund made up of dues of certain members of the unions and other issues. The matter should be litigated and not decided upon a motion. Plaintiffs have the right to maintain the action. Order affirmed, with $10 costs and disbursements. All concur. [185 Misc. 338.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM MELICK, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Appeal from an order dismissing a writ of habeas corpus. The issues now sought to be raised were passed upon by this court in *People* v. *Melick* (261 App. Div. 868) when the judgment of conviction was reviewed on appeal. Order affirmed, without costs. All concur.